# EXHIBIT E



**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF THE SECRETARY

FOIA Service Center

September 17, 2021

Gene Hamilton
600 14th St. NW
5th Floor
Washington, DC 20005

RE: FOIA Request No. 21-02226-F

Dear Gene Hamilton:

This letter is an interim response to your request for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated July 16, 2021, and received in this office on July 16, 2021. Your request was forwarded to the appropriate offices to search for documents that may be responsive to your request: Office of Financial Operations (OFO) and Office of the General Counsel (OGC).

You requested:

A. Records sufficient to identify all employees who entered into a position at the agency as a Political Appointee since January 20, 2021, to the date this records request is processed, and the title or position of each employee (to the extent that individuals have held multiple positions during this time period, identify each title or position and the time period it was held).

B. Records sufficient to identify all career employees who, between January 20, 2021, and the date this records request is processed, have been detailed to 1) a position eligible to be filled by a Political Appointee, or 2) a new position through coordination or consultation with either the White House Liaison or Presidential Personnel Office; the title or position of each employee while on detail; and each employee's originating agency or component, and prior title.

C. For each individual identified in response to Requests 1 and 2 provide:

1. The resume provided by the individual to the agency in connection with determining the appropriate salary for the individual, or if that is not available, a recent resume contained within the agency's records. AFL has no objection to the redaction of employee's contact information, such as email, address, phone numbers etc.; however, prior employment, education, and descriptions of such experiences are not exempt and should be produced.

2. Any waivers issued to the individual pursuant to 18 U.S.C. § 208(b).

3. Any authorizations for the individual issued pursuant to 5 C.F.R. § 2635.502.

Page 2 of 2-Gene Hamilton
FOIA Request No. 21-02226-F

4.  Any Ethics Pledge waivers, issued pursuant to Section 3 of Executive Order
    13989 and Office of Government Ethics Legal Advisory 21-04, received by the
    individual.

5.  Any ethics agreement executed by the individual; any Certification of Ethics
    Agreement Compliance; and any records relating to any violation by an individual
    of his or her ethics agreement.

6.  Records reflecting any recusal determination made or issued for the individual.

7.  Copies of any SF-50 forms for the individual reflecting any change in position,
    title, or salary, including when the employee starts or leaves a position.

8.  Completed Ethics Pledge for each individual.

This response concerns OFO.  Available for Public Access Link (PAL) download are 379 pages
of documents responsive to your request.  The documents provided are:

➢   21-02226-F OFO

You can access your PAL account at this link: https://foiaxpress.pal.ed.gov/app/PalLogin.aspx

However, certain information has been withheld according to FOIA exemption (b)(6), specified
below:

•   Records or portions of records relating to personal information is exempt pursuant to 5
    U.S.C. §552 (b)(6) of the FOIA.  Disclosure of this information would constitute a
    clearly unwarranted invasion of personal privacy.

At this time, the Department is continuing to process your request and your FOIA request case
file remains open.  It will not close until the Department provides you with a response regarding
outstanding responsive documents.  Our final release letter will contain information related to
your appeal rights of the agency's decisions.

If you have any questions, please contact the FSC at (202) 401-8365 or
EDFOIAMANAGER@ed.gov.

Sincerely,

DeShawn Middleton
DeShawn Middleton
Government Information Specialist
Office of the Executive Secretariat